UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| COASTAL HOSPITALITY, LLC, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ) | **JUDGMENT** |
| LG ELECTRONICS USA, INC., ) | |
|     Defendant. ) | No. 7:10-CV-107-WW |
| ) | |
| ) | |

**Decision by Court.**

This action came before United States Magistrate Judge William A. Webb for consideration of plaintiff's motion for leave to amend and joinder of parties.

**IT IS ORDERED, ADJUDGED AND DECREED** that the motion for leave to amend and joinder of parties is GRANTED, and this case is REMANDED to Brunswick County Superior Court for lack of diversity jurisdiction.

**This judgment filed and entered on March 9, 2011, and served on:**

Joel R. Rhine (via CM/ECF Notice of Electronic Filing)
Katherine C. Wagner (via CM/ECF Notice of Electronic Filing)
J. Matthew Little (via CM/ECF Notice of Electronic Filing)
Clerk of Brunswick County Superior Court (via US Mail)

March 9, 2011                            /s/ Dennis P. Iavarone
                                                     Clerk of Court